IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 30 P 5:03

US DISTRICT COURT
BRIDGEPORT CT

LIGHT SOURCES, INC.

    Plaintiff/Counter-Defendant

v.

Civil Action No.
3:02-CV-190(SRU)

FIRST LIGHT TECHNOLOGIES, INC.,

    Defendant/Counter-Plaintiff

October 28, 2003

## MOTION TO ENFORCE SETTLEMENT AGREEMENT
## AND TO STAY DISCOVERY

Plaintiff, Light Sources, Inc. (Light Sources) hereby moves to enforce a Settlement Agreement reached by the parties, and to stay discovery until such time as Plaintiff's Motion to Enforce Settlement Agreement has been decided.

The grounds for the motion are:

1. The parties have effectively reached agreement as to all the material issues necessary to amicably resolve this litigation.

2. That Defendant, First Light Technologies, Inc.'s (First Light) efforts to raise new, unrelated, and speculative issues after First Light's offer for settlement has been accepted by Light Sources ought not nullify the Settlement Agreement reached.

1

3. The stay is requested so as to avoid the unnecessary expenditures time, money and energy of the respective parties in undertaking continued discovery that will include the taking of depositions of fact witnesses, compiling experts reports, deposing experts and the filing of any necessary motions relating to unresolved discovery issues, which will be all rendered moot, if the Motion to Enforce the Settlement Agreement is granted.

    Respectfully submitted,

_____
Arthur T. Fattibene, CT06916
Counsel for Plaintiff
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
Tel:  203-255-4400
Fax:  203-259-0033

2