STATUS CONFERENCE HELD
DATE: Nov. 14, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

November 14, 2003

12:00 p.m.

CASE NO. **3:02cv190**    Light Sources v First Light

Kenneth F. Dusyn
Law Offices Of Kenneth F. Dusyn
330 Main St. 3rd Floor
Hartford, CT 06106

Arthur T. Fattibene
2480 Post Rd.
Southport, CT 06490

Paul A. Fattibene
2480 Post Rd.
Southport, CT 06490

Wm. Tucker Griffith
McCormick, Paulding & Huber
CityPlace II
185 Asylum St.
Hartford, CT 06103-4102

John C. Linderman
McCormick, Paulding & Huber
CityPlace II
185 Asylum St.
Hartford, CT 06103-4102

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK