02CV190 MEnf

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2003 OCT 30  P 5:03

US DISTRICT COURT
BRIDGEPORT CT

LIGHT SOURCES, INC.

    Plaintiff/Counter-Defendant

v.

Civil Action No.
3:02-CV-190(SRU)

FIRST LIGHT TECHNOLOGIES, INC.,

    Defendant/Counter-Plaintiff

October 28, 2003

## MOTION TO ENFORCE SETTLEMENT AGREEMENT
## AND TO STAY DISCOVERY

Plaintiff, Light Sources, Inc. (Light Sources) hereby moves to enforce a Settlement Agreement reached by the parties, and to stay discovery until such time as Plaintiff's Motion to Enforce Settlement Agreement has been decided.

The grounds for the motion are:

1. The parties have effectively reached agreement as to all the material issues necessary to amicably resolve this litigation.

2. That Defendant, First Light Technologies, Inc.'s (First Light) efforts to raise new, unrelated, and speculative issues after First Light's offer for settlement has been accepted by Light Sources ought not nullify the Settlement Agreement reached.

*The motion to stay is hereby denied. So ordered. [signature] 11/14/03*

1