UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at Bridgeport

FILED

2003 DEC -3  P 12: 26

US DISTRICT COURT

LIGHT SOURCES, INC.
    Plaintiff

v.   CASE NO. 3-02 CV 190 (SRU)

FIRST LIGHT TECHNOLOGIES, INC.
    Defendant

_____/

**Plaintiff Light Sources Consented to
Motion for Partial Modification of the Parties
Joint Amended Revised Planning Report of August 8, 2003**

Pursuant to Fed. R. Civ. P. 6(b) and local Rule 9, Plaintiff hereby moves for an Order modifying some dates of the Amended Revised Joint Planning Report of August 8, 2003 that relate to the naming and deposing of experts.

For the reasons discussed and indicated in a teleconference with the court on Friday, November 14, 2003 between Arthur T. Fattibene, counsel for Plaintiff and Wm. Tucker Giffith, counsel for the Defendant, it was stipulated and agreed that the dates relating to experts are to be extended as indicted below.

Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant

to Fed. R. Civ. P. 26(a)(2) by **December 1, 2003**. Depositions of such experts shall be completed by **February 27, 2004**.

Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **January 1, 2004**. Depositions of such experts shall be completed by **February 28, 2004**.

The other dates identified in the Amended Revised Joint Planning Report of August 8, 2003 are to remain the same.

It is respectfully requested that the motion be granted.

Respectfully Submitted,

12/1/03
Date

Arthur T. Fattibene
CT 06916
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890

Tel. 203-255-4400
FAX 203-259-0033

Consented to and agreed

Wm. Tucker Griffith
Attorney for Defendant

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at Bridgeport

LIGHT SOURCES, INC.
        Plaintiff

v.                        CASE NO. 3-02 CV 190 (SRU)

FIRST LIGHT TECHNOLOGIES, INC.
        Defendant

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **December 1, 2003** a copy of the following:

**Plaintiff Light Sources Consented to
Motion for Partial Modification of the Parties
Joint Amended Revised Planning Report of August 8, 2003**

was caused to be mailed by first class mail, postage pre-paid, to

Defendant's counsel at:

Wm. Tucker Griffith, Esq.
John C. Linderman, Esq.
McCormick, Paulding & Huber LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

Kenneth F. Dusyn, Esq.
330 Main Street, 3rd Floor
Hartford, CT 06106

*Arthur T. Fattibene* (signature)
Arthur T. Fattibene