UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 4, 2003

2:30 p.m.

*Held - 2 1/2 hours*

CASE NO. **3:02cv190 (SRU)**   **Light Sources v First Light Technologies, Inc.**

Kenneth F. Dusyn
Law Offices Of Kenneth F. Dusyn
330 Main St. 3rd Floor
Hartford, CT 06106

*COUNSEL FOR BOTH SIDES SHALL ATTEND THIS
CONFERENCE TOGETHER WITH Mr. SAUSKA, MR. ELL, AND
MR. KURTZ WITH PARTNERS.          THANKS.

Arthur T. Fattibene
2480 Post Rd.
Southport, CT 06490


Paul A. Fattibene
2480 Post Rd.
Southport, CT 06490


Wm. Tucker Griffith
McCormick, Paulding & Huber
CityPlace II
185 Asylum St.
Hartford, CT 06103-4102

John C. Linderman
McCormick, Paulding & Huber
CityPlace II
185 Asylum St.
Hartford, CT 06103-4102


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK