# Certificate of Service

I hereby certify that a copy of the foregoing **PLAINTIFF, LIGHT SOURCES, INC.'S REPLY BRIEF IN RESPONSE TO DEFENDANT, FIRST LIGHT TECHNOLOGIES, INC.'S MEMORANDUM IN OPPOSITION TO LIGHT SOURCES' MOTION TO ENFORCE SETTLEMENT AGREEMENT,** was mailed via U.S. Mail, first class, to Defendant's counsel of record as follows on the 24th day of November 2003.

John C. Linderman
Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102

Attorney Kenneth F. Dusyn
330 Main Street, 3rd Floor
Hartford, CT 06106

/S/
_____
Arthur T. Fattibene, CT 06916
Counsel for Plaintiff
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890