CT/cvmhrg (October 17, 2001)

TOTAL TIME: ___ hours _10_ minutes    DEPUTY CLERK _C. Sanders_    HONORABLE _Wm. Garfinkel_    RPTR/ERO/TAPE _C. Sanders_

DATE _12-4-03_    START TIME _5:10pm_    END TIME _5:20pm_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Light Sources Inc_    CIVIL NO. _3:02 CV190 (SRU) (WIG)_    Arthur T. Fattibene
                                                             Paul A. Fattibene
                                                             Plaintiffs Counsel

vs.                                              ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                                 _Kenneth F. Dusyn_
_First Light Tech Inc_                           Defendants Counsel
                                                 William T. Griffith

**COURTROOM MINUTES - CIVIL** (check one box)

☐ (mhrgh) Motion Hearing         ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing         ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
              ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☑ ..... _Case reported - settled_                                          ☐ filed ☐ docketed
☑ ..... _Settlement agreement placed on the record_                        ☐ filed ☐ docketed
  ..... _$107,000.00 to be paid to Light Sources Inc by_                   ☐ filed ☐ docketed
  ..... _1-31-04 - No cost + fees awarded by the Court_                    ☐ filed ☐ docketed
                                                                           ☐ filed ☐ docketed
☑ ..... _Notice 41b to issue - 60 days_                                    ☐ filed ☐ docketed
                                                                           ☐ filed ☐ docketed
                                                                           ☐ filed ☐ docketed
                                                                           ☐ filed ☐ docketed
                                                                           ☐ filed ☐ docketed

_____ Hearing continued until _____ at _____