UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Light Souces Inc.

v.                     Case Number: 3:02cv190(SRU)(WIG)

First Light Tech Inc

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 12/4/2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (60) days thereafter.

Accordingly, an order of dismissal will be entered on February 4, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 10, 2003.

KEVIN F. ROWE, CLERK

By: *Carol Sanders*
Carol Sanders
Deputy Clerk