# FATTIBENE AND FATTIBENE

Attorneys at Law
Patent, Trademark, Copyright and Related Matters
2480 Post Road
Southport, Connecticut
06890

Arthur T. Fattibene
Paul A. Fattibene

Telephone (203)255-4400
Facsimile (203)259-0033

December 5, 2003

Judge Stefan R. Underhill
U.S. District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re: **Light Sources, Inc. v. First Light Technologies, Inc.**
         **Civil Action 3:02 CV 190 (SRU)**

Dear Judge Underhill:

    This is merely to confirm my telephone call to Chambers on Friday, December 5, 2003, requesting that Light Sources' pending Motion To Enforce The Settlement Agreement be withdrawn, as the parties have concluded their settlement of the above identified action, and a Settlement Agreement was made of record before Magistrate Judge Garfinkel on December 4, 2003.

                                     Respectfully submitted,
                                       **Fattibene and Fattibene**

                                       Arthur T. Fattibene

ATF/esf
cc:  Clerk of the Court
     Magistrate Judge Garfinkel
     Wm. Tucker Griffith, Esq.
     Kenneth F. Dusyn, Esq.