#36

12/8/03

Denied as moot. So ordered.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### at Bridgeport

FILED

LIGHT SOURCES, INC.
             Plaintiff

2003 DEC -3 P 12: 26

US DISTRICT COURT

          v.

CASE NO. 3-02 CV 190 (SRU)

FIRST LIGHT TECHNOLOGIES, INC.
             Defendant

_____/

### Plaintiff Light Sources Consented to
### Motion for Partial Modification of the Parties
### Joint Amended Revised Planning Report of August 8, 2003

Pursuant to Fed. R. Civ. P. 6(b) and local Rule 9, Plaintiff hereby moves for an Order modifying some dates of the Amended Revised Joint Planning Report of August 8, 2003 that relate to the naming and deposing of experts.

For the reasons discussed and indicated in a teleconference with the court on Friday, November 14, 2003 between Arthur T. Fattibene, counsel for Plaintiff and Wm. Tucker Giffith, counsel for the Defendant, it was stipulated and agreed that the dates relating to experts are to be extended as indicted below.

Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant