IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 29  P 12: 32

------------------------------------------------------------------x

LIGHT SOURCES INC.

                         Plaintiff        :    Civil Action No.
                                           :    302 CV 190 (SRU)

    -v.-

FIRST LIGHT TECHNOLOGIES INC.

                        Defendant

------------------------------------------------------------------x

### STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and subject to a Settlement Agreement between the parties having an effective date of December 4, 2003, all parties to this action, through their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this action, including all claims alleged in plaintiff's Complaint pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the dismissal of all counterclaims, including the affirmative defenses, alleged in this action, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

The dismissal of all claims, counterclaims and affirmative defenses pleaded by

the parties herein shall be dismissed with prejudice. The above-captioned Court shall retain jurisdiction with respect to the enforcement of the aforementioned Settlement Agreement.

Each party shall bear its own costs and attorneys fees associated with the above-captioned lawsuit.

*For Plaintiff Light Sources, Inc.*

By: _____
Arthur T. Fattibene, (CT 06916)
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
Telephone:   [203] 255-4400
Fax:              [203] 259-0033

Date: Dec 23, 2003

*For Defendant First Light Technologies, Inc.*

By: _____
Kenneth F. Dusyn  (CT 21859)
Law Offices Of Kenneth F. Dusyn
330 Main Street
Hartford, CT 06106
Telephone:   [860] 246-4600
Fax:              [860] 722-9570

Date: December 19, 2003

## Certificate of Service

I hereby certify that a copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** was mailed via U.S. Mail, first class, to Defendant's counsel of record as follows on the 23rd day of December 2003.

John C. Linderman
Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102


Attorney Kenneth F. Dusyn
330 Main Street, 3rd Floor
Hartford, CT 06106


_____
Arthur T. Fattibene, CT 06916
Counsel for Plaintiff
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890