02CV190 STIPDISM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 29 P 12: 32

----------------------------------------------------------------x

LIGHT SOURCES INC.

                        Plaintiff

    -v.-

FIRST LIGHT TECHNOLOGIES INC.

                      Defendant

----------------------------------------------------------------x

Civil Action No.
302 CV 190 (SRU)

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and subject to a Settlement Agreement between the parties having an effective date of December 4, 2003, all parties to this action, through their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this action, including all claims alleged in plaintiff's Complaint pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the dismissal of all counterclaims, including the affirmative defenses, alleged in this action, pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

The dismissal of all claims, counterclaims and affirmative defenses pleaded by

[Margin annotation, left side:] APPROVED. The case is hereby dismissed with prejudice and each party shall bear its own costs and attorneys' fees. So ordered. Clerk is instructed to close the file.

Stefan R. Underhill
United States District Judge
01/07/04

[Stamp:] 2004 JAN -7 PM 4 US DISTRICT COURT BRIDGEPORT